UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

IN RE: ARCH INSURANCE COMPANY )
SKI PASS INSURANCE LITIGATION, )
) MDL No. 2955
)
ALL ACTIONS. ) Master Case No. 4:20-MD-02955-BCW
)

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's Motion to Dismiss the Master Consolidated Class Action Complaint, is GRANTED. It is further

**ORDERED** that

Defendant's Motion to Dismiss Count I for breach of policy is granted, and because Plaintiffs' Counts II, III, and IV rely on Count I, the entirety of Plaintiffs' complaint is dismissed for failure to state a claim.

**ORDERED** that

Defendant's Motion to Strike Portions of the Master Consolidated Class Action Complaint, is DENIED AS MOOT.


　September 8, 2021　　　　　　　　　　Paige Wymore-Wynn
Date                                     Clerk


Entered on  September 8, 2021            /s/ Christy Anderson
                                         (By) Deputy Clerk